PAT LUNDVALL (NSBN 3761)
KRISTEN T. GALLAGHER (NSBN 9561)
AMANDA M. PERACH (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
plundvall@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Attorneys for Plaintiff Fremont Emergency Services (Mandavia), Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FREMONT EMERGENCY SERVICES (MANDAVIA), LTD., a Nevada professional corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED HEALTHCARE INSURANCE COMPANY, a Connecticut corporation; UNITED HEALTH CARE SERVICES INC., dba UNITEDHEALTHCARE, a Minnesota corporation; UMR, INC., dba UNITED MEDICAL RESOURCES, a Delaware corporation; OXFORD HEALTH PLANS, INC., a Delaware corporation; SIERRA HEALTH AND LIFE INSURANCE COMPANY, INC., a Nevada corporation; SIERRA HEALTH-CARE OPTIONS, INC., a Nevada corporation; HEALTH PLAN OF NEVADA, INC., a Nevada corporation; DOES 1-10; ROE ENTITIES 11-20,<br><br>Defendants. | Case No.: 2:19-cv-00832-JAD-VCF<br><br>**FREMONT EMERGENCY SERVICES (MANDAVIA), LTD.'S RESPONSE TO STATEMENT OF REMOVAL** |

Fremont Emergency Services (Mandavia), Ltd. ("Plaintiff") provides this correction to Defendants' Statement of Removal (ECF No. 8) regarding service of the summons and complaint on defendants UnitedHealthCare Insurance Company ("UHIC") and UMR, Inc. ("UMR"). Defendants state that, upon information and belief, neither UHIC nor UMR have been served with copies of the Summons and Complaint. *See* Statement of Removal at ¶¶ 1-2. Confirmation of

service on both UHIC and UMR was filed with the state court prior to removal, copies of which are attached hereto as Exhibit 1, UHIC Proof of Service and Exhibit 2, UMR Proof of Service.

DATED this 31st day of May, 2019.

                                            McDONALD CARANO LLP

                                            By: /s/ *Kristen T. Gallagher*
                                                      Pat Lundvall (NSBN 3761)
                                                      Kristen T. Gallagher (NSBN 9561)
                                                      Amanda M. Perach (NSBN 12399)
                                                      2300 West Sahara Avenue, Suite 1200
                                                      Las Vegas, Nevada 89102
                                                      Telephone: (702) 873-4100
                                                      plundvall@mcdonaldcarano.com
                                                      kgallagher@mcdonaldcarano.com
                                                      aperach@mcdonaldcarano.com

                                            *Attorneys for Plaintiff Fremont Emergency Services (Mandavia), Ltd.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of McDonald Carano LLP, and that on this 31st day of May 2019, I caused a true and correct copy of the foregoing **FREMONT EMERGENCY SERVICES (MANDAVIA), LTD.'S RESPONSE TO STATEMENT OF REMOVAL** to be served via the U.S. District Court's Notice of Electronic Filing system ("NEF") in the above-captioned case, upon the following:

D. Lee Roberts, Jr., Esq.
Colby L. Balkenbush, Esq.
Josephine E. Groh, Esq.
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
lroberts@wwhgd.corn
cbalkenbush@wwhgd.corn
jgroh@wwhgdcorn

*Attorneys for Defendants UnitedHealthcare Insurance Company, United HealthCare Services, Inc., UMR, Inc., Oxford Health Plans, Inc., Sierra Health and Life Insurance Co., Inc., Sierra Health-Care Options, Inc., and Health Plan of Nevada, Inc.*

       /s/  *Marianne Carter*
       An employee of McDonald Carano LLP

## INDEX OF EXHIBITS

| Description | Exhibit No. |
|---|---|
| UHIC Proof of Service | 1 |
| UMR Proof of Service | 2 |

4820-3710-3000, v. 1