# EXHIBIT 1

UHIC Proof of Service

Electronically Filed
4/25/2019 3:15 PM
Steven D. Grierson
CLERK OF THE COURT

**PSER**
PAT LUNDVALL (NSBN 3761)
KRISTEN T. GALLAGHER (NSBN 9561)
AMANDA M. PERACH (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
plundvall@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Attorneys for Plaintiff Fremont Emergency Services (Mandavia), Ltd.*

# DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| FREMONT EMERGENCY SERVICES (MANDAVIA), LTD., a Nevada professional corporation, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED HEALTHCARE INSURANCE COMPANY, a Connecticut corporation; UNITED HEALTHCARE SERVICES INC. dba UNITEDHEALTHCARE, a Minnesota corporation; UMR, INC. dba UNITED MEDICAL RESOURCES, a Delaware corporation; OXFORD HEALTH PLANS, INC., a Delaware corporation; SIERRA HEALTH AND LIFE INSURANCE COMPANY, INC., a Nevada corporation; SIERRA HEALTH-CARE OPTIONS, INC., a Nevada corporation; HEALTH PLAN OF NEVADA, INC., a Nevada corporation; DOES 1-10; ROE ENTITIES 11-20, <br><br> Defendants. | Case No.: A-19-792978-B <br> Dept. No.: 27 <br><br><br><br> **SUMMONS –** <br><br> **UNITED HEALTHCARE INSURANCE COMPANY** |

## **SUMMONS**

**NOTICE!  YOU HAVE BEEN SUED, THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 31 DAYS.  READ THE INFORMATION BELOW.**

TO THE DEFENDANT(S):

**UNITED HEALTHCARE INSURANCE COMPANY**
c/o Nevada Division of Insurance
**3300 W. Sahara Avenue, Suite 275**
**Las Vegas, NV  89102**

A civil Complaint has been filed by the Plaintiff against you for the relief set forth in the Complaint.

1. If you intend to defend this lawsuit, within **31 days** after this Summons is served, exclusive of the day of service, you must do the following:

    (a) File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.

    (b) Serve a copy of your response upon the attorney whose name and address is shown below.

2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.

Submitted by:

McDONALD CARANO LLP

By: /s/ Kristen T. Gallagher
    PAT LUNDVALL (NSBN 3761)
    KRISTEN T. GALLAGHER (NSBN 9561)
    AMANDA M. PERACH (NSBN 12399)
    McDONALD CARANO LLP
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102
    Telephone: (702) 873-4100
    Facsimile: (702) 873-9966
    plundvall@mcdonaldcarano.com
    kgallagher@mcdonaldcarano.com
    aperach@mcdonaldcarano.com

*Attorneys for Plaintiff Fremont Emergency Services (Mandavia), Ltd.*

STEVEN D. GRIERSON
CLERK OF THE COURT

By: Chaunte Pleano   4/18/2019
    Deputy Clerk Chaunte Pleasant  Date
    Regional Justice Center
    200 Lewis Avenue
    Las Vegas, NV  89101

4842-8551-0548, v. 1

## PROOF OF SERVICE

I hereby declare that on this day I served a copy of the Summons and Complaint upon the following defendant in the within matter, by shipping a copy thereof, via Certified mail, return receipt requested, to the following:

> United Healthcare Insurance Company
> Attn: Kristin Erickson
> 185 Asylum St.
> Hartford, CT 06103
> CERTIFIED MAIL NO. 7018 0680 0002 0258 3286

I declare, under penalty of perjury, that the foregoing is true and correct.

DATED this 22nd day of April, 2019.

*(signed)* RHONDA KELLY
Employee of the State of Nevada
Department of Business and Industry
Division of Insurance

RE: Fremont Emergency Services (Mandavia), Ltd. vs. United Healthcare Insurance Company, et al.
District Court, Clark County, Nevada
Case No. A-19-792978-B

State of Nevada, Division of Insurance
This document on which this certificate is stamped is a full, true and correct copy of the original.

Date: 4/22/19  By: *(signed)*

-1-