PAT LUNDVALL (NSBN 3761)
KRISTEN T. GALLAGHER (NSBN 9561)
AMANDA M. PERACH (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
plundvall@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Attorneys for Plaintiff Fremont Emergency Services (Mandavia), Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FREMONT EMERGENCY SERVICES (MANDAVIA), LTD., a Nevada professional corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED HEALTHCARE INSURANCE COMPANY, a Connecticut corporation; UNITED HEALTH CARE SERVICES INC., dba UNITEDHEALTHCARE, a Minnesota corporation; UMR, INC., dba UNITED MEDICAL RESOURCES, a Delaware corporation; OXFORD HEALTH PLANS, INC., a Delaware corporation; SIERRA HEALTH AND LIFE INSURANCE COMPANY, INC., a Nevada corporation; SIERRA HEALTH-CARE OPTIONS, INC., a Nevada corporation; HEALTH PLAN OF NEVADA, INC., a Nevada corporation; DOES 1-10; ROE ENTITIES 11-20,<br><br>Defendants. | Case No.: 2:19-cv-00832-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINES RE: (1) MOTION TO DISMISS AND (2) MOTION TO REMAND**<br><br>**(First Request)** |

Pursuant to Local Rules IA 6-1 and 7-1, plaintiff Fremont Emergency Services (Mandavia), Ltd. ("Fremont") and defendants UnitedHealthcare Insurance Company, United HealthCare Services, Inc., UMR, Inc., Oxford Health Plans, Inc., Sierra Health and Life Insurance Co., Inc., Sierra Health-Care Options, Inc., and Health Plan of Nevada, Inc. (collectively, "United HealthCare") hereby stipulate, agree and respectfully request that the Court extend the current briefing deadlines on Fremont's response to United HealthCare's Motion to Dismiss (ECF No. 4)

and United HealthCare's response to Fremont's Motion to Remand (ECF No. 5) as follows:

1. Fremont's deadline to respond to United HealthCare's Motion to Dismiss (ECF No. 4) shall be extended from June 4, 2019 to June 18, 2019; and

2. United HealthCare's deadline to respond to Fremont's Motion to Remand (ECF No. 5) shall be extended from June 7, 2019 to June 21, 2019.

This is the first request by the parties to extend briefing on United HealthCare's motion to dismiss and Fremont's motion to remand. Fremont and United HealthCare each respectively request additional time to respond to the pending motion. The request is not for purposes of delay.

DATED this 3rd day of June, 2019.

| McDONALD CARANO LLP | WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC |
|---|---|
| By: /s/ *Kristen T. Gallagher*<br>Pat Lundvall (NSBN 3761)<br>Kristen T. Gallagher (NSBN 9561)<br>Amanda M. Perach (NSBN 12399)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>Telephone: (702) 873-4100<br>plundvall@mcdonaldcarano.com<br>kgallagher@mcdonaldcarano.com<br>aperach@mcdonaldcarano.com | By: /s/ *Colby L. Balkenbush*<br>D. Lee Roberts, Jr. (NSBN 8877)<br>Colby L. Balkenbush (NSBN 13066)<br>Josephine E. Groh (NSBN 14209)<br>6385 South Rainbow Blvd., Suite 400<br>Las Vegas, Nevada 89118<br>Telephone: (702) 938-3838<br>lroberts@wwhgd.corn<br>cbalkenbush@wwhgd.corn<br>jgroh@wwhgdcorn |
| *Attorneys for Plaintiff Fremont Emergency Services (Mandavia), Ltd.* | *Attorneys for Defendants UnitedHealthcare Insurance Company, United HealthCare Services, Inc., UMR, Inc., Oxford Health Plans, Inc., Sierra Health and Life Insurance Co., Inc., Sierra Health-Care Options, Inc., and Health Plan of Nevada, Inc.* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: June 4, 2019.

4832-9436-9428, v. 1