D. Lee Roberts, Jr., Esq.
Nevada Bar No. 8877
*lroberts@wwhgd.com*
Colby L. Balkenbush, Esq.
Nevada Bar No. 13066
*cbalkenbush@wwhgd.com*
Brittany M. Llewellyn, Esq.
Nevada Bar No. 13527
*bllewellyn@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
    GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendants UnitedHealthcare
Insurance Company, United HealthCare Services, Inc.,
UMR, Inc., Oxford Health Plans, Inc.,
Sierra Health and Life Insurance Co., Inc.,
Sierra Health-Care Options, Inc., and
Health Plan of Nevada, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FREMONT EMERGENCY SERVICES (MANDAVIA), LTD., a Nevada professional corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED HEALTHCARE INSURANCE COMPANY, a Connecticut corporation; UNITED HEALTH CARE SERVICES INC. dba UNITEDHEALTHCARE, a Minnesota corporation; UMR, INC. dba UNITED MEDICAL RESOURCES, a Delaware corporation; OXFORD HEALTH PLANS, INC., a Delaware corporation; SIERRA HEALTH AND LIFE INSURANCE COMPANY, INC., a Nevada corporation; SIERRA HEALTH-CARE OPTIONS, INC., a Nevada corporation; HEALTH PLAN OF NEVADA, INC., a Nevada corporation; DOES 1-10; ROE ENTITIES 11-20,<br><br>Defendants. | Case No.: 2:19-cv-00832-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANTS TO FILE THEIR OPPOSITION, AND FOR PLAINTIFF TO FILE ITS REPLY, TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to District of Nevada Local Rule 6-1(a), Defendants UnitedHealthcare Insurance Company ("UHIC"), United HealthCare Services, Inc. ("UHS"), UMR, Inc. ("UMR"), Oxford Health Plans, Inc. ("Oxford"), Sierra Health and Life Insurance Co., Inc. ("SHL"), Sierra Health-Care Options, Inc. ("SHO"), and Health Plan of Nevada, Inc. ("HPN") (collectively "Defendants"), and Plaintiff Fremont Emergency Services (Mandavia), Ltd. ("Plaintiff"), by and through their respective counsel, stipulate and request that this Court extend the deadline to file Defendants' Opposition to Plaintiff's Motion for Leave to File First Amended Complaint (ECF No. 32) filed on October 30, 2019, by an additional 7 days from November 13, 2019 to November 20, 2019. The parties further stipulate and request that this Court extend the deadline to file Plaintiff's Reply in support of its Motion for Leave to File First Amended Complaint to December 6, 2019. This is the first stipulation for an extension of time for the briefing related to Plaintiff's Motion for Leave to File First Amended Complaint.

This request for an extension does not result from any improper purpose or to cause delay. Defendants requested an extension due to its position that the Motion for Leave contains complex issues at hand and because counsel has prior commitments in other cases, and adjustment to the reply deadline in light of the upcoming holiday.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

WEINBERG WHEELER
HUDGINS GUNN & DIAL

WHEREFORE, the parties respectfully request that this Court extend the deadline to file Defendants' Opposition to Plaintiff's Motion for Leave to File First Amended Complaint (ECF. No. 32) to November 20, 2019. The parties further request that this Court extend the deadline to file Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion for Leave to File First Amended Complaint to December 6, 2019. This is the first stipulation for an extension of time for the briefing related to Plaintiff's Motion for Leave to File First Amended Complaint.

**IT IS SO STIPULATED.**

| | |
|---|---|
| **WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC** | **McDONALD CARANO LLP** |
| | |
| /s/ Colby Balkenbush | /s/ Kristen Gallagher |
| D. Lee Roberts, Jr., Esq. | Pat Lundvall, Esq. |
| Colby L. Balkenbush, Esq. | Kristen T. Gallagher, Esq. |
| Brittany M. Llewellyn, Esq. | Amanda M. Perach, Esq. |
| 6385 South Rainbow Blvd., Suite 400 | 2300 W. Sahara Ave., Suite 1200 |
| Las Vegas, Nevada 89118 | Las Vegas, Nevada 89102 |
| | |
| *Attorneys for Defendants UnitedHealthcare Insurance Company, United HealthCare Services, Inc., UMR, Inc., Oxford Health Plans, Inc., Sierra Health and Life Insurance Co., Inc., Sierra Health-Care Options, Inc., and Health Plan of Nevada, Inc.* | *Attorneys for Plaintiff Fremont Emergency Services (Mandavia), Ltd.* |

IT IS SO ORDERED.

_____

Cam Ferenbach
United States Magistrate Judge

DATED: November 12, 2019