D. Lee Roberts, Jr., Esq.
Nevada Bar No. 8877
*lroberts@wwhgd.com*
Colby L. Balkenbush, Esq.
Nevada Bar No. 13066
*cbalkenbush@wwhgd.com*
Brittany M. Llewellyn, Esq.
Nevada Bar No. 13527
*bllewellyn@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada  89118
Telephone:  (702) 938-3838
Facsimile:   (702) 938-3864

*Attorneys for Defendants Unitedhealth Group, Inc.,*
*United Healthcare Insurance Company,*
*United Health Care Services, Inc. dba Unitedhealthcare,*
*UMR, Inc. dba United Medical Resources,*
*Oxford Health Plans, Inc.,*
*Sierra Health and Life Insurance Company, Inc.,*
*Sierra Health-Care Options, Inc., and*
*Health Plan of Nevada, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FREMONT EMERGENCY SERVICES (MANDAVIA), LTD., a Nevada professional corporation; TEAM PHYSICIANS OF NEVADA-MANDAVIA, P.C., a Nevada professional corporation; CRUM, STEFANKO AND JONES, LTD. dba RUBY CREST EMERGENCY MEDICINE, a Nevada professional corporation<br><br>Plaintiff,<br><br>vs.<br><br>UNITEDHEALTH GROUP, INC., a Delaware corporation; UNITED HEALTHCARE INSURANCE COMPANY, a Connecticut corporation; UNITED HEALTH CARE SERVICES INC. dba UNITEDHEALTHCARE, a Minnesota corporation; UMR, INC. dba UNITED MEDICAL RESOURCES, a Delaware corporation; OXFORD HEALTH PLANS, INC., a Delaware corporation; SIERRA HEALTH AND LIFE INSURANCE COMPANY, INC., a Nevada corporation; SIERRA HEALTH-CARE | Case No.:  2:19-cv-00832-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

OPTIONS, INC., a Nevada corporation; HEALTH PLAN OF NEVADA, INC., a Nevada corporation; DOES 1-10; ROE ENTITIES 11-20,

Defendants.

Pursuant to Local Rules IA 6-1 and 7-3, Defendants Unitedhealth Group, Inc., United Healthcare Insurance Company, United Health Care Services, Inc. dba Unitedhealthcare, UMR, Inc. dba United Medical Resources, Oxford Health Plans, Inc., Sierra Health and Life Insurance Company, Inc., Sierra Health-Care Options, Inc., and Health Plan of Nevada, Inc. (collectively "Defendants") and Plaintiffs Fremont Emergency Services; Team Physicians Of Nevada-Mandavia, P.C.; Crum, Stefanko and Jones, Ltd. dba Ruby Crest Emergency Medicine (collectively, the "Health Care Providers"), through their undersigned counsel, hereby stipulate and request that this Court extend the deadline for Defendants to file their Motion to Dismiss the Health Care Providers' First Amended Complaint by fourteen (14) days, up to and including February 4, 2020. Defendants, including new Defendant UnitedHealth Group, Inc., stipulate and agree that they will file their Motion to Dismiss on February 4, 2020, and will not move to stay the deadline to file a renewed Motion to Dismiss in connection with Defendants' anticipated objection to the Court's order granting the Health Care Providers' Motion for Leave to File a First Amended Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the parties respectfully request that this Court extend the deadline for Defendants to file their Motion to Dismiss the Health Care Providers' First Amended Complaint by fourteen (14) days, up to and including February 4, 2020.

**IT IS SO STIPULATED.**

| Dated: January 17, 2020 | Dated: January 17, 2020 |
|---|---|
| MCDONALD CARANO LLP | WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC |
| /s/ Kristen T. Gallagher<br>Pat Lundvall, Esq.<br>Kristen T. Gallagher, Esq.<br>Amanda M. Perach, Esq.<br>2300 W. Sahara Ave., Suite 1200<br>Las Vegas, Nevada 89102<br>*Attorneys for Plaintiffs Fremont Emergency Services (Mandavia), Ltd.; Team Physicians of Nevada-Mandavia, P.C.; Crum, Stefanko and Jones, Ltd. dba Ruby Crest Emergency Medicine* | /s/ Colby L. Balkenbush<br>D. Lee Roberts, Jr., Esq.<br>Colby L. Balkenbush, Esq.<br>Brittany M. Llewellyn, Esq.<br>6385 South Rainbow Blvd., Suite 400<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendants Unitedhealth Group, Inc., United Healthcare Insurance Company, United Health Care Services, Inc. dba Unitedhealthcare, UMR, Inc. dba United Medical Resources, Oxford Health Plans, Inc., Sierra Health and Life Insurance Company, Inc., Sierra Health-Care Options, Inc., and Health Plan of Nevada, Inc.* |

IT IS SO ORDERED:

_/s/ James C. Mahan_

UNITED STATES DISTRICT JUDGE

DATED: February 3, 2020