D. Lee Roberts, Jr., Esq.
Nevada Bar No. 8877
*lroberts@wwhgd.com*
Colby L. Balkenbush, Esq.
Nevada Bar No. 13066
*cbalkenbush@wwhgd.com*
Brittany M. Llewellyn, Esq.
Nevada Bar No. 13527
*bllewellyn@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
 GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendants Unitedhealth Group, Inc.,*
*United Healthcare Insurance Company,*
*United Health Care Services, Inc. dba Unitedhealthcare,*
*UMR, Inc. dba United Medical Resources,*
*Oxford Health Plans, Inc.,*
*Sierra Health and Life Insurance Company, Inc.,*
*Sierra Health-Care Options, Inc., and*
*Health Plan of Nevada, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FREMONT EMERGENCY SERVICES (MANDAVIA), LTD., a Nevada professional corporation; TEAM PHYSICIANS OF NEVADA-MANDAVIA, P.C., a Nevada professional corporation; CRUM, STEFANKO AND JONES, LTD. dba RUBY CREST EMERGENCY MEDICINE, a Nevada professional corporation<br><br>Plaintiff,<br><br>vs.<br><br>UNITEDHEALTH GROUP, INC., a Delaware corporation; UNITED HEALTHCARE INSURANCE COMPANY, a Connecticut corporation; UNITED HEALTH CARE SERVICES INC. dba UNITEDHEALTHCARE, a Minnesota corporation; UMR, INC. dba UNITED MEDICAL RESOURCES, a Delaware corporation; OXFORD HEALTH PLANS, INC., a Delaware corporation; SIERRA HEALTH AND LIFE INSURANCE COMPANY, INC., a Nevada corporation; SIERRA HEALTH-CARE OPTIONS, INC., a Nevada corporation; HEALTH PLAN OF NEVADA, INC., a Nevada corporation; | Case No.: 2:19-cv-00832-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE AND REPLY TO RENEWED MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

DOES 1-10; ROE ENTITIES 11-20,

    Defendants.

  Pursuant to Local Rule IA 6-1, Defendants Unitedhealth Group, Inc., United Healthcare Insurance Company, United Health Care Services, Inc. dba Unitedhealthcare, UMR, Inc. dba United Medical Resources, Oxford Health Plans, Inc., Sierra Health and Life Insurance Company, Inc., Sierra Health-Care Options, Inc., and Health Plan of Nevada, Inc. (collectively "Defendants") and Plaintiffs Fremont Emergency Services; Team Physicians Of Nevada-Mandavia, P.C.; Crum, Stefanko and Jones, Ltd. dba Ruby Crest Emergency Medicine (collectively, the "Health Care Providers"), through their undersigned counsel, hereby stipulate and request that this Court adjust the briefing schedule in connection with Defendants' Renewed Motion to Dismiss (ECF No. 70). Defendants requested that the reply deadline be adjusted from February 25, 2020 to March 3, 2020 due to other commitments and the Health Care Providers do not object. As a result, the deadline for the Health Care Providers' response to Defendants' Renewed Motion to Dismiss will be extended from February 18, 2020 to February 25, 2020. This is the first request to extend the response and reply deadlines.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /



1  WHEREFORE, the parties respectfully request that this Court extend the deadline for the
2 Health Care Providers to file their Response to Defendants' Renewed Motion to Dismiss by
3 seven (7) days, up to and including February 25, 2020, and extend the deadline for Defendants'
4 to file their Reply to the Health Care Providers' Response to Defendants' Renewed Motion to
5 Dismiss by seven (7) days, up to and including March 3, 2020.

**IT IS SO STIPULATED.**

| Dated: February 18, 2020 | Dated: February 18, 2020 |
|---|---|
| MCDONALD CARANO LLP | WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC |
| */s/ Amanda M. Perach* <br> Pat Lundvall, Esq. <br> Kristen T. Gallagher, Esq. <br> Amanda M. Perach, Esq. <br> 2300 W. Sahara Ave., Suite 1200 <br> Las Vegas, Nevada 89102 <br> *Attorneys for Plaintiffs* <br> *Fremont Emergency Services (Mandavia), Ltd.; Team Physicians of Nevada-Mandavia, P.C.; Crum, Stefanko and Jones, Ltd. dba Ruby Crest Emergency Medicine* | */s/ Brittany M. Llewellyn* <br> D. Lee Roberts, Jr., Esq. <br> Colby L. Balkenbush, Esq. <br> Brittany M. Llewellyn, Esq. <br> 6385 South Rainbow Blvd., Suite 400 <br> Las Vegas, Nevada 89118 <br> *Attorneys for Defendants* <br> *Unitedhealth Group, Inc., United Healthcare Insurance Company, United Health Care Services, Inc. dba Unitedhealthcare, UMR, Inc. dba United Medical Resources, Oxford Health Plans, Inc., Sierra Health and Life Insurance Company, Inc., Sierra Health-Care Options, Inc., and Health Plan of Nevada, Inc.* |

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: February 19, 2020